IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BETHANY A. H.,[1]

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 2:23-cv-145

## FINAL ORDER

    Plaintiff Bethany A. H. brought this action seeking judicial review of the decision by Defendant Commissioner of the Social Security Administration to deny her claim for disability benefits under Title II of the Social Security Act.

    The matter was referred to the Honorable Robert J. Krask for a report and recommendation, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). On February 22, 2024, Judge Krask entered a Report and Recommendation (ECF No. 17) recommending that the plaintiff's appeal and request for remand be denied. The Report and Recommendation advised each party of their

---

[1] In accordance with a committee recommendation of the Judicial Conference, plaintiff's last name has been redacted for privacy reasons. Comm, on Ct. Admin. & Case Mgmt. Jud. Conf U.S., Privacy Concern Regarding Social Security and Immigration Opinions 3 (2018).

right to object and the time limit for doing so. *Id*. at 26. To date, the Court has received no objections, and the deadline to file such objections has passed.

Having reviewed the relevant portions of the record and finding no clear error in Judge Krask's findings or reasoning, the Court hereby **ADOPTS** in full the findings and recommendations set forth in the Report and Recommendation filed on February 22, 2024. ECF No. 17. Accordingly, Plaintiff Bethany A. H's appeal and request for remand is **DENIED,** and the final decision of the Commissioner is **AFFIRMED.**

The Clerk is **DIRECTED** to mail a copy of this Final Order to Plaintiff Bethany A. H. and to counsel of record for Defendant Commissioner of the Social Security Administration.

**IT IS SO ORDERED.**

/s/
Jamar K. Walker
United States District Judge

Norfolk, Virginia
March 14, 2024